IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| <u>  NO  </u>   INTERPRETER NEEDED | : | DATE:  9/27/13 |
| | : | HEARING TYPE:  ARR |
| CASE ASSIGNED TO JUDGE  BAYLSON | | |
| Date of Arrest: 9/25/13 | : | ESR OPERATOR:  C. WARDLAW |
| UNITED STATES OF AMERICA | : | AUSA:  MaryBeth Leahy |
| v. | : | No:  13-519-2 |
| BEANA BELL | : | William A. DeStefano, Esquire [] CJA Appointed |
| | : | [X] Retained [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted.  A detention hearing and         are scheduled for          .

[] The Defendant waived their right to a preliminary hearing and stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[X] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.*

BY:

<u>/S/ Henry S. Perkin</u>
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE

***TIME IN COURT   10  MINUTES***

*(Form Revised December, 2007)*