AO 442 (Rev. 11/11) Arrest Warrant         HHS-OIG

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PA

United States of America
v.

BEANA BELL
*Defendant*

FILED
OCT 0 8 2013
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

Case No.   13-519-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BEANA BELL,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
IN VIOLATION OF:
18:1349 - CONSPIRACY TO COMMIT HEALTH CARE FRAUD
18:1035 - FALSE STATEMENTS IN HEALTH CARE MATTERS

Date: 09/24/2013

*Angela Burge, Deputy Clerk*
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 9-24-13, and the person was arrested on *(date)* 9-25-13
at *(city and state)* PA

Date: 9-25-13

FBI
*Arresting officer's signature*

*Printed name and title*